White Eagle Building and Loan Association, defendant in error, v. Estelle Kwiatkowski et al., plaintiffs in error. Gen. No. 37,292.

Opinion filed November 27, 1934. Rehearing denied December 10, 1934.

T. J. Szmergalski and Heile, Cavender, Milchrist & Kaiser, for plaintiffs in error. Charles J. Grablowski and Joseph C. Kanak, for defendant in error; Millard R. Powers, of counsel.

Mr. Justice Sullivan delivered the opinion of the court.